## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Scottie Calvin Cuff  
                Debtor(s)

BK NO. 19-01678 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Michael Farrington*  
                              Michael Farrington  
                              06 Feb 2024, 13:20:12, EST

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA  19106  
        215-627-1322