United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01678-HWV |
| Scottie Calvin Cuff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 12, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scottie Calvin Cuff, 1532 Ridgeview Lane, Harrisburg, PA 17110-2960 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Scottie Calvin Cuff DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Scottie Calvin Cuff karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pa-bk@logs.com |
| Kristen D Little | |

on behalf of Creditor USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM

Kristen D Little

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM

Lily Christina Calkins

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank logsecf@logs.com lilychristinacalkins@gmail.com

Mario J. Hanyon

on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael Patrick Farrington

on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Scottie Calvin Cuff, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−01678−HWV |

Social Security No.:
xxx−xx−3946

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 12, 2024

**fnldec** (01/22)